MARYLAND CASUALTY CO. v. RONAN et al.

Circuit Court of Appeals, Second Circuit.
January 6, 1930.

No. 156.

David E. Porter, Harry W. Witters, and Jutten A. Longmoore, all of St. Johnsbury, Vt., for appellant.

Searles, Graves & Waterman, of St. Johnsbury, Vt., for appellee.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM. Decree affirmed on opinion below.